UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 13-14042-CR-GRAHAM

UNITED STATES OF AMERICA

              Plaintiff,

vs.

**PAUL JAMES RICHARDSON,**

              Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

     **THIS CAUSE** came before the Court upon the Petition for
Violation of Supervised Release filed on February 13, 2017.

     Magistrate Judge Shaniek N. Maynard held a Evidentiary
Hearing was held on July 17, 2017 and a Report and Recommendation
was filed recommending that Defendant's term of supervised
release be revoked. The Defendant and the Government were
afforded the opportunity to file objections to the Report and
Recommendation, however to date, none were filed. The Court has
conducted a <u>de novo</u> review of the entire file. Accordingly, it is

     **ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report
and Recommendation on the violations set forth in the Petition
for Violation of Supervised Release is hereby Adopted and
Approved in its entirety.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day
of July, 2017.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

```
Copied: Fletcher Peacock, AFPD
        Carmen Lineberger, AUSA
        Amanda Maghan, USPO
```